late Division, First Department. June 24, 1910.) Action by Joseph Varga against the Tennessee Copper Company. E. C. Vogel, for appellant. J. Deyo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

VAUGHAN, Appellant, v. CITY OF TROY, Respondent. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Theresa L. Vaughan against the City of Troy.

PER CURIAM. Interlocutory judgment affirmed, and demurrer sustained, with costs, with leave to plaintiff to serve amended complaint within 20 days on payment of costs in this court and in the court below.

SMITH, P. J., and HOUGHTON, J., dissent, on the ground that the statute does not apply to the situation pleaded in the complaint.

VAUGHN, Respondent, v. McGOWAN et al., Appellants. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by John J. Vaughn against John F. McGowan and another. L. M. Howell, for appellants. J. A. O'Leary, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

VESCELIUS, Respondent, v. REYNOLDS et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Eva Vescelius against Alfred Reynolds and others. No opinion. Judgment affirmed, with costs.

VETTORINO et al., Respondents, v. ADAMS, Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Joseph Vettorino and another against William Adams. No opinion. Judgment and order of the County Court of Westchester county affirmed, with costs.

VILLAGE OF WATERLOO, Appellant, v. WARD et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by the Village of Waterloo against John G. Ward and another. No opinion. Motion for leave to discontinue appeal granted, with $10 costs and disbursements of the appeal to the respondents. Motion to dismiss appeal denied, without costs.

WARREN v. WARREN et al. (Supreme Court, Appellate Division, Third Department. September 30, 1910.) Action by Joshua J. Warren against William Warren and others. No opinion. Motion denied.

WATERS, Respondent, v. CROFOOT, Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by George H. Waters against Henry Crofoot.

No opinion. Judgment and order unanimously affirmed, with costs.

WEEKS–THORNE PAPER CO., Appellant, v. CITY OF SYRACUSE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by the Weeks-Thorne Paper Company against the City of Syracuse and others. For former opinion, see 124 N. Y. Supp. 317.

PER CURIAM. Motion for reargument denied, with $10 costs.

McLENNAN, P. J., not sitting.

In re WEILER'S ESTATE. (Supreme Court, Appellate Division, First Department. June 24, 1910.) In the matter of the estate of Henry Weiler, deceased.

PER CURIAM. Order (122 N. Y. Supp. 608) affirmed, with $10 costs and disbursements. Order filed.

SCOTT, J., dissents.

WELLS v. MULHALL et al. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Jessie N. Wells against John T. Mulhall et al. P. A. Meagher, for appellant. H. G. Wiley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WEYAND et al., Appellants, v. PARK TERRACE CO., Respondent, et al. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Henry Weyand and another against the Park Terrace Company, impleaded with others. No opinion. Motion denied, without costs. See, also, 123 N. Y. Supp. 1149.

WHITE v. GLOVER. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Edward White against Augusta P. Glover. No opinion. Motion denied, with $10 costs. Order filed. See, also, 123 N. Y. Supp. 482.

WHITE et al., Respondents, v. HAYES et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by George W. White and another against Norman B. Hayes and another. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 123 N. Y. Supp. 1149.

WHITE et al., Appellants, v. MOORE, Respondent. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Georgianna B. White and others against Florence A. Moore.

PER CURIAM. Motion to resettle order granted, without costs. Resettle order before Thomas, J. See, also, 123 N. Y. Supp. 1012.

WHITE v. WHITE. (Supreme Court, Appellate Division, First Department. April 29,